Columns

| 1<br>Cause of Action | 2<br>Plaintiff | 3<br>Musical Composition | 4<br>Writers | 5<br>Date of Publication | 6<br>Certificate of Registration Number | 7<br>Date of Known Infringement |
|---|---|---|---|---|---|---|
| 1. | HULEX MUSIC | THE HEART OF ROCK AND ROLL | JOHN COLLA<br>HUGH CREGG<br>(A/K/A HUEY LEWIS) | 9/15/83 | PA 214-025 | 8/9/07 |
| 2. | EMI APRIL MUSIC INC.,<br>FUN WITH GOATS | ALL THE SMALL THINGS | TOM DELONGE,<br>MARK HOPPUS | 6/1/99 | PA 957-349 | 8/9/07 |
| 3. | ODNIL MUSIC LIMITED,<br>FIFTY-SIX HOPE ROAD MUSIC LIMITED | JAMMING | BOB MARLEY | 3/15/78 | PA 26-950 | 8/9/07 |
| 4. | COLGEMS-EMI MUSIC INC. | BEAST OF BURDEN | KEITH RICHARDS<br>MICK JAGGER | 6/15/78 | PA 21-667 | 8/9/07 |
| 5. | COLGEMS-EMI MUSIC INC. | START ME UP | MICK JAGGER<br>KEITH RICHARDS | 8/24/81 | PA 114-510 | 8/9/07 |

SCHEDULE "A"