AO 120 (Rev. 3/04)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court RHODE ISLAND on the following ☐ Patents or X Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 08-279ML | 7/25/08 | RHODE ISLAND |

| PLAINTIFF | DEFENDANT |
|---|---|
| Hulex Music, et al | Waite's Wharf Grille, et al |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 PA 214-025 | 9/15/83 | Hulex Music |
| 2 PA 957-349 | 6/1/99 | EMI April Music/Fun with Goats |
| 3 PA 26-950 | 3/15/79 | Odnil Music/Fifty-Six Hope Road Music |
| 4 PA 21-667 | 6/15/78 | Colgems-Emi Music |
| 5 PA 114-510 | 8/24/81 | Colgems-Emi Music |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Consent Judgment |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | 7/25/08 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**