Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringe-ment |
| 1. | HULEX MUSIC | THE HEART OF ROCK AND ROLL | JOHN COLLA<br>HUGH CREGG<br>(A/K/A HUEY LEWIS) | 9/15/83 | PA 214-025 | 8/9/07 |
| 2. | EMI APRIL MUSIC INC.,<br>FUN WITH GOATS | ALL THE SMALL THINGS | TOM DELONGE,<br>MARK HOPPUS | 6/1/99 | PA 957-349 | 8/9/07 |
| 3. | ODNIL MUSIC LIMITED,<br>FIFTY-SIX HOPE ROAD MUSIC LIMITED | JAMMING | BOB MARLEY | 3/15/78 | PA 26-950 | 8/9/07 |
| 4. | COLGEMS-EMI MUSIC INC. | BEAST OF BURDEN | KEITH RICHARDS<br>MICK JAGGER | 6/15/78 | PA 21-667 | 8/9/07 |
| 5. | COLGEMS-EMI MUSIC INC. | START ME UP | MICK JAGGER<br>KEITH RICHARDS | 8/24/81 | PA 114-510 | 8/9/07 |

SCHEDULE "A"