FCVW

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

HULEX MUSIC, et al.

V.

WAITE'S WHARF GRILLE, LLC, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 08 279 ML

TO: (Name and address of Defendant)

Waite's Wharf Grille, LLC
25 Waite's Wharf
Newport, RI 02840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Benjamin V. White, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

July 25, 2008

DATE

Rana J Smith

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/20/08 |
| NAME OF SERVER (PRINT) DENNIS M. TABER | TITLE CONSTABLE, STATE OF RI LICENSE #6148 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Upon agent of service Brian Bardorf Esq @ 36 Washington Sq Newport w/ son Mark Bardorf Esq

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 40 | | 40 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/20/08
Date

Signature of Server: Dennis M Taber

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6148
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.